IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JERRY HILL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAFEWAY, INC., a foreign profit corporation,<br><br>　　　　　Defendant. | No. 3:21-cv-5170<br><br>NOTICE OF REMOVAL TO FEDERAL COURT |

Please take notice that Defendant Safeway Inc. hereby removes to the United States District Court for the Western District of Washington the action described below. On September 28, 2020, Defendant Safeway Inc.'s agent for service of process received a summons **(Attachment 1)** and complaint **(Attachment 2)** in an action entitled *Jerry Hill v. Safeway, Inc.*, Pierce County Superior Court No. 20-2-07773-4.  The first date upon which Safeway Inc. received a copy of this complaint was September 28, 2020.

The complaint does not specify the amount of damages being claimed by the Plaintiff and it is not apparent from the complaint whether the amount of damages sought

NOTICE OF REMOVAL TO
FEDERAL COURT - 1
R:\6917\PLEADINGS\removal.notice.fed.wpd



Turner Kugler Law, PLLC

6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

would be greater than the minimum jurisdictional amount for this court. Safeway propounded a request for a statement of damages which asked Plaintiff to disclose the damages Plaintiff is claiming in this matter. On March 4, 2021, Plaintiff provided Safeway with a statement of damages claiming $109,853.32 in damages.

There is complete diversity because the Plaintiff is a citizen of the State of Washington and Defendant Safeway Inc. is a corporation organized under the laws to the State of Delaware with its principle place of business in the State of California.

This court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a) because it is between citizens of different states and the amount in controversy exceeds $75,000. This claim is removable to federal court by the defendant pursuant to 28 U.S.C. §1441 based on diversity jurisdiction.

A jury trial has been demanded (**Attachment 3**)

**INTRADISTRICT ASSIGNMENT**

The case was filed in Pierce County so LCR 3(e) indicates it will be initially assigned to a Tacoma Judge.

A civil case cover sheet is attached as **Attachment 4**.

Dated: March 10, 2021.

                TURNER KUGLER LAW, PLLC

                By:     s/ John T. Kugler
                      John T. Kugler, WSBA # 19960
                      Attorney for Defendant

NOTICE OF REMOVAL TO
FEDERAL COURT - 2
R:\6917\PLEADINGS\removal.notice.fed.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Attorney for Plaintiff:
Dexter L. Callahan
Van Siclen, Stocks & Firkins
721 45th St. NE
Auburn, WA 98002-1381
dexterc@vansiclen.com

        *s/ John T. Kugler*
JOHN T. KUGLER, WSB #19960
Attorney for Defendant Safeway Inc.
TURNER KUGLER LAW, PLLC
6523 California Ave SW #454
Seattle, WA 98136-1833
Telephone: (206) 659-0679
E-mail: john@turnerkuglerlaw.com

NOTICE OF REMOVAL TO
FEDERAL COURT - 3
R:\6917\PLEADINGS\removal.notice.fed.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679